M. P. No. 79-109. PATRICIA WATMOUGH *v.* ROY PETER WATMOUGH, JR. The petition for writ of certiorari is granted. *Leonard A. Kamaras,* for defendant-petitioner.

M. P. No. 79-117. LATTINGTOWN GROUP LIMITED *et al. v.* EASTERN TELEPHONE AND SUPPLY MANUFACTURING, INC. The petition for writ of certiorari is denied. *Corcoran, Peckham & Hayes, Kathleen Managhan,* for petitioners. *Moore, Virgadamo & Lynch, Ltd., Neil P. Galvin,* for respondent.

APPEAL No. 77-343. DONATO IGNAGNI *v.* DAVOL, INC. This case was heard on April 2, 1979 pursuant to this court's March 15, 1979 order directing the employee to appear and show cause why his appeal should not be dismissed in view of our rule that the findings of fact of the Workers' Compensation Commission are conclusive upon this court when supported by competent legal evidence.

The employee appeared and, sufficient cause having been shown that the appeal should not be dismissed, the case is ordered returned to the regular calendar. *Raul L. Lovett,* for petitioner. *Bernard W. Boyer,* for respondent.